IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

BARBARA QUALMANN AND
CHRISTOPHER QUALMANN,

      Appellants,

 v.                                                                      Case No.  5D15-2579

DEUTSCHE BANK NATIONAL
TRUST, ETC., ET AL.,

      Appellees.
_____/

Opinion filed January 13, 2017

Appeal from the Circuit Court
for Seminole County,
Robert J. Pleus, Jr., Senior Judge.

Barbara Qualmann, Longwood and
Christopher R. Qualmann, Ocoee, pro se.

Michael W. Smith, of Baker, Donelson,
Bearman, Caldwell & Berkowitz, PC, Orlando,
for Appellee, Deutsche Bank National Trust
Company, as Trustee of Ameriquest Mortgage
Securities, Inc. Asset Backed Pass Through
Certificates, Series 2004-R-12 Under the
Pooling and Servicing Agreement.

No Appearance for Other Appellees.


PER CURIAM.

      Appellants challenge the foreclosure judgment entered after a non-jury trial.

Concluding that one issue on appeal is partially meritorious, we reverse and remand this

cause for a new hearing on damages. Although the evidence supports a substantial component of the aggregate damage award, the evidentiary foundation for the total amount of damages is lacking. Upon remand, the trial court shall conduct a new hearing on damages. *See Peuguero v. Bank of Am., N.A.*, 169 So. 3d 1198, 1203 (Fla. 4th DCA 2015) (remanding for new damages hearing where properly admitted evidence did not support total amount awarded in foreclosure judgment). We reject Appellants' other points on appeal without discussion. In all other respects, we affirm.

AFFIRMED IN PART; REVERSED IN PART AND REMANDED.

COHEN, C.J., TORPY and BERGER, JJ., concur.